# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Amp'd Mobile, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No. 07-10739 (BLS) |
| Amp'd Mobile, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DCI Marketing, Inc. <br> Playboy Enterprises International, Inc. <br> The Dot Printer, Inc. <br> Zuffa, LLC <br> Latham & Watkins LLP <br> Tecart Industries, Inc. <br> Tectronics Construction, Inc. <br> Warner Music Group Corp. <br> Lunchbox Collective, LLC <br><br> Defendants. | Adv. Pro. No.   08-50251 (BLS) <br> 08-50256 (BLS) <br> 08-50258 (BLS) <br> 08-50263 (BLS) <br> 08-50270 (BLS) <br> 08-50304 (BLS) <br> 08-50305 (BLS) <br> 08-50309 (BLS) <br> 08-50314 (BLS) |

## STATUS REPORT IN ADVERSARY PROCEEDINGS

Amp'd Mobile, Inc., plaintiff in the above-captioned adversary proceedings, hereby submits this status report.

Dated: May 19, 2008

POTTER ANDERSON & CORROON LLP

Steven M. Yoder (No. 3885)
Jaime L. White (No. 4936)
Hercules Plaza, Sixth Floor
1313 N. Market Street
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Counsel to the Debtor and Debtor In Possession*

## STATUS REPORT

| Defendant Name | Adv. Pro. No. | Status | Adversary Commenced | Answer Filed | Discovery Conference (Complete) | Initial Disclosures (14) | Completion of Fact Discovery and Stip re: Appt of Mediator (120) |
|---|---|---|---|---|---|---|---|
| The Dot Printer, Inc. | 08-50258 | F | 1/29/2008 | 2/29/2008 | 4/2/2008 | Complete | 6/30/2008 |
| DCI Marketing, Inc. | 05-50251 | F | 1/29/2008 | 3/3/2008 | 4/2/2008 | Complete | 7/1/2008 |
| Playboy Enterprises International, Inc. | 08-50256 | F | 1/29/2008 | 3/6/2008 | 4/2/2008 | Complete | 7/7/2008 |
| Latham & Watkins LLP | 08-50270 | F | 2/1/2008 | 3/17/2008 | 4/2/2008 | 4/16/2008 | 7/15/2008 |
| Zuffa, LLC | 08-50263 | F | 1/29/2008 | 3/17/2008 | 4/2/2008 | Complete | 7/15/2008 |
| Lunchbox Collective, LLC | 08-50314 | F | 2/26/2008 | 3/26/2008 | 4/2/2008 | Complete | 7/24/2008 |
| Tectonics Construction, Inc. | 08-50305 | F | 2/25/2008 | 3/26/2008 | 4/2/2008 | Complete | 7/24/2008 |
| Warner Music Group Corp. | 08-50309 | F | 2/26/2008 | 3/26/2008 | 4/4/2008 | Complete | 7/24/2008 |
| Tecart Industries, Inc. | 08-50304 | F | 2/25/2008 | 4/1/2008 | 4/2/2008 | 4/16/2008 | 7/30/2008 |

STATUS REPORT

| Defendant Name | Expert Report (140) | Insolvency Report and Expert Rebuttals (160) | Insolvency Rebuttal (170) | Completion of Expert Discovery (180) | Dispositive Motions Due | Notes |
|---|---|---|---|---|---|---|
| The Dot Printer, Inc. | 7/18/2008 | 8/7/2008 | 8/18/2008 | 8/27/2008 | 9/11/2008 | |
| DCI Marketing, Inc. | 7/21/2008 | 8/11/2008 | 8/20/2008 | 9/1/2008 | 9/16/2008 | |
| Playboy Enterprises International, Inc. | 7/24/2008 | 8/13/2008 | 8/25/2008 | 9/2/2008 | 9/17/2008 | |
| Latham & Watkins LLP | 8/4/2008 | 8/25/2008 | 9/3/2008 | 9/15/2008 | 9/30/2008 | Settlement pending documentation; initial disclosure deadline extended |
| Zuffa, LLC | 8/4/2008 | 8/25/2008 | 9/3/2008 | 9/15/2008 | 9/30/2008 | |
| Lunchbox Collective, LLC | 8/13/2008 | 9/2/2008 | 9/12/2008 | 9/22/2008 | 10/7/2008 | |
| Tectonics Construction, Inc. | 8/13/2008 | 9/2/2008 | 9/12/2008 | 9/22/2008 | 10/7/2008 | |
| Warner Music Group Corp. | 8/13/2008 | 9/2/2008 | 9/12/2008 | 9/22/2008 | 10/7/2008 | |
| Tecart Industries, Inc. | 8/19/2008 | 9/8/2008 | 9/18/2008 | 9/29/2008 | 10/14/2008 | Initial disclosure deadline extended through 5/20/08 |