IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Amp'd Mobile, Inc., | ) | Case No. 07-10739 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Amp'd Mobile, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Wilson Sonsini Goodrich Rosait, P.C. | ) | Adv. Pro. No. 08-50261 (BLS) |
| Zuffa, LLC, | ) | 08-50263 (BLS) |
| | ) | |
| Defendants. | ) | |

### ORDER APPROVING DEBTOR'S MOTION PURSUANT TO FEDERAL BANKRUPTCY RULE 9019 FOR APPROVAL OF CERTAIN SETTLEMENTS OF PREFERENCE ACTIONS

Upon the Debtor's Motion (the "Motion to Approve") Pursuant to Federal Bankruptcy Rule 9019 for Approval of Certain Settlements of Preference Actions with Wilson Sonsini Goodrich Rosait, P.C. and Zuffa, LLC (the "Settlement Agreements"); and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion to Approve is sufficient under the circumstances, and that no other or further notice need be provided; and that the Committee has consented to the relief sought; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion to Approve is granted; and it is further

ORDERED that the Settlement Agreements and the terms and covenants set forth therein, which are incorporated by reference as if fully set forth herein, shall be, and

hereby are, APPROVED pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; and it is further

ORDERED that this Order is effective immediately upon its entry as provided in the Settlement Agreements; and it is further

ORDERED that the Court shall retain jurisdiction over any matter or dispute arising from or relating to the Settlement Agreements and/or implementation of this Order.

Dated: Wilmington, Delaware
July 8, 2008

The Honorable Brendan L. Shannon
United States Bankruptcy Judge