# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Amp'd Mobile, Inc., | ) | Case No. 07-10739 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Amp'd Mobile, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Latham & Watkins LLP | ) | Adv. Pro. No. 08-50270 (BLS) |
| Lunchbox Collective, LLC | ) | 08-50314 (BLS) |
| Playboy Enterprises International, Inc. | ) | 08-50256 (BLS) |
| Tectonics Construction, Inc. | ) | 08-50305 (BLS) |
| Warner Music Group Corp. | ) | 08-50309 (BLS) |
| Zuffa, LLC | ) | 08-50263 (BLS) |
| Tecart Industries, Inc. | ) | 08-50304 (BLS) |
| DCI Marketing, Inc. | ) | 08-50251 (BLS) |
| The Dot Printer, Inc. | ) | 08-50258 (BLS) |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT IN ADVERSARY PROCEEDINGS

Amp'd Mobile, Inc., plaintiff in the above-captioned adversary proceedings, hereby submits this status report.

Dated: September 22, 2008

POTTER ANDERSON & CORROON LLP

_____
Steven M. Yoder (No. 3885)
Jaime L. White (No. 4936)
Hercules Plaza, Sixth Floor
1313 N. Market Street
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Counsel to the Debtor and Debtor In Possession*

PAC 883795v.1

# STATUS REPORT
## September 22, 2008

| Defendant Name | Adv. Pro. No. | Status | Notes |
|---|---|---|---|
| Latham & Watkins LLP | 08-50270 | D | Stipulation of Dismissal Filed [D.I. 17] |
| Lunchbox Collective, LLC | 08-50314 | D | Stipulation of Dismissal Filed [D.I. 16] |
| Playboy Enterprises International, Inc. | 08-50256 | D | Stipulation of Dismissal Filed [D.I. 30] |
| Tectonics Construction, Inc. | 08-50305 | D | No objections to notice of settlement; awaiting settlement payment |
| Warner Music Group Corp. | 08-50309 | D | Stipulation of Dismissal Filed [D.I. 14] |
| Zuffa, LLC | 08-50263 | D | Order Approving Settlement [D.I. 27] |
| Tecart Industries, Inc. | 08-50304 | E | Notice of settlement served 9/16/08; objections due by 10/01/08 |
| DCI Marketing, Inc. | 05-50251 | G | Proceeding with mediation; trial scheduled for 2/10/09 |
| The Dot Printer, Inc. | 08-50258 | G | Proceeding with mediation; trial scheduled for 2/10/09 |